No. 72–6201. ELDRIDGE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6287. ROSENTHAL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1331. ALLEN ET AL. *v.* CITY OF MOBILE ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL would grant certiorari.

No. 72–1349. FREEMAN *v.* SUPERIOR COURT OF CALI-FORNIA, COUNTY OF ALAMEDA (BAY FARM ISLAND RECLA-MATION DISTRICT No. 2105 ET AL., REAL PARTIES IN IN-TEREST). Ct. App. Cal., 1st App. Dist. Motion to dispense with printing petition granted. Certiorari denied.